UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON CANTRELL, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>RELIANT CAPITAL SOLUTIONS, LLC,<br><br>    Defendant. | Case No.: 1:13-cv-00349-LJO-JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR A TELEPHONIC APPEARANCE<br><br>(Doc. 8) |

On June 14, 2013, Plaintiff's counsel, Nicholas Bontrager, filed a "request to appear by telephone at the initial case management conference on June 25, 2013." (Doc. 8). Mr. Bontrager reports that his office is located in Beverly Hills. *Id.*

Accordingly, **IT IS HEREBY ORDERED**: The request for a telephonic appearance is **GRANTED**, and counsel shall make arrangements to appear via CourtCall.

IT IS SO ORDERED.

Dated: **June 20, 2013**                    /s/ Jennifer L. Thurston
                                                         UNITED STATES MAGISTRATE JUDGE