UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON CANTRELL, JR.,<br><br>      Plaintiff,<br><br>  vs.<br><br>RELIANT CAPITAL SOLUTIONS, LLC,<br><br>      Defendant. | CASE NO. 1:13-CV-00349-LJO-JLT<br><br>**ORDER RE: REQUEST FOR TELEPHONIC APPEARANCE AT THE JUNE 25, 2013 SCHEDULING CONFERENCE**<br><br>(Doc. 10) |

Having considered defense counsel's request for a telephonic appearance at the June 25, 2013 Scheduling Conference, the Court orders as follows:

The request is granted. Defense counsel shall make arrangements to appear for the Scheduling Conference via CourtCall.

IT IS SO ORDERED.

Dated:  **June 20, 2013**                       **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE