UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON CONTRELL, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>RELIANT CAPITAL SOLUTIONS, LLC,<br><br>Defendant. | **CASE NO. CV F 13-0349 LJO JLT**<br><br>**ORDER AFTER SETTLEMENT**<br><br>**(Doc. 15.)** |

The parties' counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than November 22, 2013**, to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed. The parties fail to substantiate the need for 45 days complete settlement and to dismiss this action.

This Court VACATES all pending matters and dates, including the **May 28, 2014 pretrial conference and July 22, 2014 trial**, which are subject to immediate resetting before any district judge of this Court if settlement is not completed timely.

Failure to comply with this order will be grounds for the imposition of sanctions on

1

counsel or parties who contributed to violation of this order.  *See* Local Rules 160 and 272.  This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:   **October 17, 2013**                        **/s/ Lawrence J. O'Neill**
                                                                   UNITED STATES DISTRICT JUDGE

2