UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON CANTRELL,<br><br>Plaintiff,<br><br>vs.<br><br>RELIANT CAPITAL SOLUTIONS, LLC,<br><br>Defendant. | Case No. 1:13-cv-00349 LJO JLT<br><br>ORDER OF DISMISSAL |

Having considered the parties' Stipulation of Dismissal, the above-entitled action is hereby dismissed, with prejudice with prejudice as to Plaintiff's individual action, and **without** prejudice as to the class action claims asserted in the lawsuit. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

Dated:  **November 21, 2013**         **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE