UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GORDON CANTRELL, | ) | Case No. 1:13-cv-00349 LJO JLT |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| | ) | |
| RELIANT CAPITAL SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Having considered the parties' Stipulation of Dismissal, the above-entitled action is hereby dismissed, with prejudice with prejudice as to Plaintiff's individual action, and **without** prejudice as to the class action claims asserted in the lawsuit.  Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

  Dated:  **November 21, 2013**          **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE